IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QASHIME WAGNER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THE DISTRICT ATTORNEY OF THE COUNTY OF PHILA., PA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : | **NO. 16-980** |

## ORDER

**NOW**, this 13th day of March, 2017, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the response to the petition, the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Document 10), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Timothy R. Rice is **APPROVED and ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

      /s/ Timothy J. Savage, J.
TIMOTHY J. SAVAGE, J.